### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **LYN SAN LLC,** | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | MO:24-CV-00088-DC-RCG |
| **WESTCHESTER SURPLUS LINES** | § | |
| **INSURANCE COMPANY,** | § | |
| *Defendant.* | § | |

### ORDER ADMINISTRATIVELY CLOSING CASE

BEFORE THE COURT is Plaintiff Lyn San LLC and Defendant Westchester Surplus Lines Insurance Company's Joint Notice of Settlement. (Doc. 31). This case is before the undersigned through a Standing Order pursuant to 28 U.S.C. § 636 and Appendix C of the Local Court Rules for the Assignment of Duties to United States Magistrate Judges. In their notice, the Parties report that they have reached a settlement in this matter and request 60 days to submit dismissal documents. *Id*.

Accordingly, this case is **ADMINISTRATIVELY CLOSED** without prejudice to its being reopened to enter a final order of dismissal or to enter other orders if the settlement is not consummated. Counsel in this case is ordered to file the settlement papers necessary to dismiss this action on or before **SIXTY (60)** days from the docketing of this order.

It is so **ORDERED**.

SIGNED this 14th day of March, 2025.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE